IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON J. BRESSI, | No. 4:25-CV-00218 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| SCI-ROCKVIEW, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 22nd day of January 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's complaint (Doc. 1) is **DISMISSED** without prejudice under 28 U.S.C. § 1915(e)(2)(B) as more fully set forth in the accompanying memorandum.

2. Within <u>21 days</u> of the date of this Order, Plaintiff, if desired, may file an amended complaint in accordance with the accompanying Memorandum. Plaintiff must adhere to the specific directions for amendment provided in the accompanying Memorandum.

3. If no amended complaint is timely filed, dismissal without prejudice will automatically convert to dismissal <u>with prejudice</u> and the Court will CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge