**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AARON J. BRESSI,<br><br>Plaintiff,<br><br>v.<br><br>SCI-ROCKVIEW, *et al.*,<br><br>Defendants. | No. 4:25-CV-00218<br><br>(Chief Judge Brann) |

**ORDER**

**AND NOW**, this 30th day of September 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Section 1983 claims are **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted and pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.

2. Plaintiff's state-law claim of intentional infliction of emotional distress is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous and pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii) as barred by state statutory sovereign immunity.

3. The Clerk of Court is directed to CLOSE this case.

4. The Court certifies that any appeal taken from this judgment is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); FED. R. CIV. P. 24(a)(3)(A).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge